# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| MELANIE A. ANDO,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. 2:19-cv-01333-JRC |

\_\_　　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX　　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT that this matter be REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Acting Commissioner for further consideration consistent with this order.

JUDGMENT should be for PLAINTIFF and the case should be closed.

Dated April 1, 2020.

　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　_/s/ Kelly A. Miller_
　　　　　　　　　　　　　　　　　　Deputy Clerk